FILED
02/04/2022
*Peg L. Allison*
CLERK
Flathead County District Court
STATE OF MONTANA
By: Jennifer McMullen
DV-15-2022-0000129-PI
Ulbricht, Heidi J
1.00

Sean Hinchey
HINCHEY & HINCHEY, P.C.
705 South Main Street
Kalispell, Montana 59901
Telephone: (406) 756-7004
s.hinchey@hincheyandhinchey.com
   *Attorney for Plaintiffs*

## MONTANA ELEVENTH JUDICIAL DISTRICT COURT, FLATHEAD COUNTY

| | |
|---|---|
| **FRANCINE ELTON and CHERIE BONE, AS PERSONAL REPRESENTATIVE OF ESTATE OF COREY ELTON,**<br>Plaintiffs,<br><br>vs.<br><br>**TRAVIS RAYMOND, DOES 1-3,**<br>Defendants. | Cause No.: DV-15-2022-_____<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW the Plaintiffs, Francine Elton, and Cherie Bone as Personal Representative of the Estate of Corey Elton, by and through counsel of record, and allege as follows:

1. At the time of the events giving rise to this action, Corey Elton was a resident of Flathead County, Montana.

2. This cause arises from an auto collision that occurred on September 4, 2021 in Flathead County Montana.

3. Jurisdiction for this cause lies within the State of Montana, in that the collision and injuries that are the subject of this Complaint occurred within the State of Montana.

4. Upon information and belief, Defendant Travis Raymond was under the influence

of alcohol and/or drugs at the time of the collision with a Blood Alcohol Concentration of .191.

5. As a result of the collision, Corey Elton died.

## COUNT I
## NEGLIGENCE (SURVIVAL)

6. Plaintiffs re-allege the allegations contained in paragraphs 1 through 5.

7. On September 4, 2021, Travis Raymond negligently drove a vehicle on Highway 93 in Kalispell, Flathead County, Montana and failed to maintain his lane of travel. Mr. Elton was traveling South on Highway 93. Mr. Raymond crossed the center line into the oncoming lane of travel and collided with Corey Elton's vehicle.

8. Mr. Raymond operated his vehicle in a careless manner.

9. Mr. Raymond failed to maintain his lane of travel.

10. Mr. Elton sustained serious injuries and death in this violent crash caused by the careless driving of Defendant Travis Raymond.

11. Mr. Raymond's negligence caused the death of Mr. Elton.

12. Defendant Travis Raymond was the actual and proximate cause of injuries and death to Mr. Elton.

13. The negligence on the part of the Defendant was the legal cause of Mr. Elton's death.

14. The collision, injuries, and death sustained by Plaintiffs were caused solely by the negligence of Defendant Travis Raymond, without any negligence on the part of Corey Elton contributing thereto.

## COUNT II
## NEGLIGENCE (WRONGFUL DEATH)

15. Plaintiffs re-allege the allegations contained in paragraphs 1 through 14.

16. At all times relevant hereto, Defendant Raymond owed a duty of care to act in a reasonable and prudent manner to avoid causing or contributing harm to Corey Elton, a duty which he breached.

17. Defendant Raymond knew or reasonably should have known he had a duty to properly maintain his lane of travel.

18. Defendant Raymond breached his duties and drove into the oncoming lane of travel, in which Mr. Elton was lawfully operating his motor vehicle, striking Mr. Elton's vehicle, causing his death.

19. But for the negligent acts of Defendant Raymond, Plaintiff Elton would not have died on September 4, 2021.

20. Prior to dying, Mr. Elton survived his personal injuries proximately caused by the negligence of Mr. Raymond for an appreciable period of time. Consequently, Plaintiffs are entitled to maintain an action to recover those damages allowed by law for personal injuries to and the death of Mr. Elton.

21. As a direct and proximate consequence of the negligence of Mr. Raymond, Corey Elton suffered severe personal injury, physical pain and agony, extreme conscious pain and suffering, severe emotional distress, mental anguish, and death proximately caused by those physical injuries he sustained.

22. As a direct, immediate, and proximate consequence of the wrongful death of Corey Elton, as proximately caused by the aforesaid negligent acts committed by

Mr. Raymond, the heirs of Corey Elton have been deprived of his love, affection, assistance, comfort, aid, companionship, and consortium all to their great damage.

## COUNT III
## NEGLIGENCE PER SE

23. Plaintiffs re-allege the allegations contained in paragraphs 1 through 22.

24. Defendant Travis Raymond had a duty to obey the motor vehicle statutes of the Montana Code.

25. Defendant Travis Raymond owed a duty to Plaintiff Elton to operate his motor vehicle in a careful and prudent manner under the circumstances and to operate the vehicle with reasonable care.

26. Defendant Travis Raymond failed to operate the motor vehicle in a careful and prudent manner under the circumstances, in violation of §61-8-328, MCA.

27. Defendant Travis Raymond failed to operate the motor vehicle within his lane of travel in violation of Sec. 61-8-328, MCA.

28. Defendant Travis Raymond violated said statute, which are safety laws intended to prevent automobile crashes, injuries, and deaths of the type suffered by the Plaintiff.

29. Defendant Travis Raymond's violation of statute was the actual and proximate cause of the Plaintiffs' damages, injuries, and death heretofore described.

## COUNT IV
## PUNITIVE DAMAGES

30. Plaintiffs reallege all of the allegations contained in paragraphs 1-29.

31. Defendant Travis Raymond is guilty of actual malice given his knowledge of facts and criminally negligent disregard of facts that created a high probability of injury

*COMPLAINT AND DEMAND FOR JURY TRIAL*

to the Plaintiff, and he acted with indifference to the high probability of injury to Corey Elton and others in the roadway.

WHEREFORE, Plaintiffs respectfully request:

    (a)    A Jury Trial;

    (b)    Compensation in the amount which would reasonably and adequately compensate Plaintiffs for the damages proximately caused by Defendant;

    (c)    Punitive damages; and

    (d)    Such other relief that is deemed just and equitable.

DATED this 4th day of February, 2022.

HINCHEY & HINCHEY, P.C.

By: /s/Sean D. Hinchey
Sean D. Hinchey
*Attorney for Plaintiffs*