IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FRANCINE ELTON and CHERIE BONE, as Personal Representatives of ESTATE OF COREY ELTON,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVIS RAYMOND, DOES 1–3,<br><br>Defendants. | CV 22–77–M–DLC–KLD<br><br><br><br>ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 18.) The stipulation states that the parties agree that this case should be dismissed with prejudice as fully settled on the merits, with each party to bear its own costs and attorneys' fees. (*Id.*)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED with prejudice. The Clerk of Court is directed to close the case file.

DATED this 2nd day of March, 2023.

_____
Dana L. Christensen, District Judge
United States District Court

1